UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CAROLYN GREMILLION,                    CIVIL DOCKET NO. 1:22-CV-06077
Plaintiff

VERSUS                                 DISTRICT JUDGE SUMMERHAYS

STATE FARM FIRE &
CASUALTY CO.,                          MAGISTRATE JUDGE PEREZ-MONTES
Defendant

---

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 3) is DENIED.

THUS ORDERED AND SIGNED in Chambers at _Lafayette_, Louisiana on this 12th day of _September_ 2023.

_____
JUDGE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE